UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs | § | MAGISTRATE NO. M-06-2076-03 |
| | § | |
| MARCELO LOPEZ-MANZANARES | § | |

## RESETING OF ORDER OF DEPOSITION

The following persons are currently being detained as a material witness in the above-entitled and numbered case:

1. Eder Cruz-Torres

2. Elmer Tellez-Mendoza

3. Anselmo Cruz-Perez

The Court, having found, pursuant to 18 U.S.C. § 3144, that testimony of the above material witnesses can adequately be secured by deposition, and that further detention would not be necessary to prevent a failure of justice, **ORDERS** that a deposition at the expense of the government be taken of the above material witnesses. The videotaped depositions will be taken:

Date:   as agreed by the parties but no later than May 19, 2006 (previously set for May 12, 2006)

Time:   at 2:00 p.m.

Place:   8th Floor, Grand Jury Room

Bentsen Tower

1701 West Business Highway 83

McAllen, Texas.

Counsel for Defendant and Defendant are required to be present at the deposition.

    The Clerk shall send a copy of this order to counsel for the Defendant, the material witnesses, the United States Attorney, and the United States Marshal.

    DONE this 11th day of May, 2006 at McAllen, Texas.

_Randy Crane_
Randy Crane
United States District Judge